Argued May 15, affirmed May ·15, 1972

STATE OF OREGON, *Respondent, v.* MARY COLLEEN TROTTER (No. C-57738), *Appellant.*

496 P2d 932

*Darrell E. Bewley,* Portland, argued the cause for appellant. With him on the brief was Francis F. Yunker, Portland.

*John W. Osburn,* Solicitor General, Salem, argued the cause for respondent. With him on the brief were Lee Johnson, Attorney General, and John W. Burgess, Special Assistant Attorney General, Salem.

Before LANGTRY, Presiding Judge, and FOLEY and FORT, Judges.